ALBERT ANDERSON, Respondent, *v.* NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

(Argued March 19, 1930; decided April 8, 1930.)

*John Bright* and *Abram F. Servin* for appellant.

*Jesse L. Rosenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, O'BRIEN and HUBBS, JJ.; CRANE and KELLOGG, JJ., dissent on the ground that there is no evidence of defendant's negligence.